# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DOUGLAS E. ERICKSON & MICHELE K. ERICKSON                Case Number: 06-70500
7801 ELM AVENUE                          SSN-xxx-xx-4590 & xxx-xx-0955
MACHESNEY PARK, IL  61115

Case filed on:  3/31/2006
Plan Confirmed on:  6/27/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,444.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 1,800.00 | 1,800.00 | 1,277.25 | 0.00 |
|  | Total Legal | 1,800.00 | 1,800.00 | 1,277.25 | 0.00 |
| 003 | ACCOUNT RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDITOR SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DOUGLAS E. ERICKSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | SELECT PORTFOLIO SERVICING INC | 7,042.85 | 1,903.13 | 1,903.13 | 0.00 |
| 002 | US BANK/RETAIL PAYMENT SOLUTIONS | 4,588.43 | 2,000.00 | 847.16 | 152.84 |
|  | Total Secured | 11,631.28 | 3,903.13 | 2,750.29 | 152.84 |
| 002 | US BANK/RETAIL PAYMENT SOLUTIONS | 0.00 | 2,588.43 | 0.00 | 0.00 |
| 005 | B-YOND LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITOR COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DONNA ERICKSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ACCOUNT RECOVERY SERVICES | 2,995.40 | 2,995.40 | 0.00 | 0.00 |
| 012 | DONNA ERICKSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PORTFOLIO RECOVERY ASSOCIATES | 6,869.84 | 6,869.84 | 0.00 | 0.00 |
|  | Total Unsecured | 9,865.24 | 12,453.67 | 0.00 | 0.00 |
|  | Grand Total: | 23,296.52 | 18,156.80 | 4,027.54 | 152.84 |

Total Paid Claimant:        $4,180.38
Trustee Allowance:          $263.62          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00             discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008          By  /s/Heather M. Fagan